&AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
DEC - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
**SOUTHERN** District of **CALIFORNIA**

UNITED STATES OF AMERICA
**V.**
JENARO VILLEGAS-VASQUEZ (1)
Charged As: Andres Castro-Medina
AKA: Jenaro Vasquez-Villegas

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 02CR2383-J

Bridget Kennedy, Federal Defenders, Inc.
Defendant's Attorney

REGISTRATION No. 83594198

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No.    1
[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense. |

_Supervised Release_ is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 1, 2008
Date of Imposition of Sentence

HON. NAPOLEON A. JONES, JR.
UNITED STATES DISTRICT JUDGE

02CR2383-J

AO 245B  (Rev. 9/00) Judgment in Criminal Case
          Sheet 2 — Imprisonment

DEFENDANT: JENARO VILLEGAS-VASQUEZ (1)                     Judgment — Page  2  of  2
CASE NUMBER: 02CR2383-J

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Twenty-Four (24) Months concurrent to Fresno County Superior Court Case Number F07906262.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
       as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

02CR2383-J